1  David W. Tufts, Bar No. 180817
   DENTONS DURHAM JONES PINEGAR, P.C.
2  111 So. Main, Suite 2400
   Salt Lake City, Utah 84111
3  Tel: (801) 415-3000
   David.tufts@dentons.com
4
5  Attorneys for Defendants The Annex, LLC d/b/a Helm Home

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| BARCLAY BUTERA DEVELOPMENT, INC., BARCLAY BUTERA, INC., and BARCLAY BUTERA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE ANNEX, LLC d/b/a HELM HOME and MARIO FERREIRA,<br><br>Defendants. | Case No. 8:23-cv-01139-CJC-KES<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:<br>Current response date: July 31, 2023<br>New response date: August 14, 2023<br><br>Judge Cormac J. Carney<br>Mag. Judge Karen E. Scott |
|---|---|

Pursuant to Local Rule 8-3, and Fed. R. Civ. P. 6, Plaintiffs Barclay Butera Development, Inc., Barclay Butera, Inc., and Barclay Butera, by and through counsel, and Defendant The Annex, LLC d/b/a Helm Home, by and through counsel, hereby stipulate to an extension as follows:

1. On June 21, 2023, Plaintiffs filed their initial complaint in this action.

2. On June 8, 2023, Plaintiffs served the summons and complaint on Defendant The Annex, LLC d/b/a Helm Home ("Helm Home").

3. The deadline for Helm Home to file its response to Plaintiffs' initial complaint pursuant to Fed. R. Civ. P. 12(a)(1)(A)(1) is July 31, 2023.

4. Pursuant to L.R. 8-3, the parties stipulate to extend the deadline for The Annex, LLC d/b/a Helm Home to file its response to Plaintiff's initial complaint until August 14, 2023.

5. There have been no prior stipulations extending this deadline.

6. This stipulation does not extend the deadline for more than a cumulative total of thirty (30) days from the date the response initially would have been due.

IT IS SO STIPULATED.

Dated:  July 28, 2023   /s/ David W. Tufts

DENTONS DURHAM JONES PINEGAR, P.C.
David W. Tufts

Attorneys for Defendant The Annex, LLC d/b/a Helm Home

Dated:  July 28, 2023   /s/ Joseph L. Lanza*

VETHAN LAW FIRM PC
Charles M. R. Vethan
Joseph L. Lanza

Attorneys for Plaintiff s

*signature affixed with permission of counsel

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I declare under penalty of perjury as follows:  I am employed in the office of a member of the Bar of this Court at whose direction the service was made. My business address is Dentons Durham Jones Pinegar, P.C., 111 S. Main St., Suite 2400, Salt Lake City, Utah 84111. |
| 3 | |
| 4 | On July 28, 2023, I electronically filed the foregoing document with the Clerk of the Court the Clerk of the Court using its CM/ECF System, which electronically provides notification of such filing to all counsel of record in this action. |
| 5 | |
| 6 | Executed in Salt Lake City, Utah on July 28, 2023. |
| 7 | |
| 8 | _/s/ Kristin Hughes_<br>Kristin Hughes |