AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

BARCLAY BUTERA DEVELOPMENT, INC., BARCLAY BUTERA, INC., and BARCLAY BUTERA, individually

*Plaintiff(s)*

v.

THE ANNEX, LLC d/b/a HELM HOME and MARIO FERREIRA

*Defendant(s)*

Civil Action No. 8:23-CV-01139-CJC-KES

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE ANNEX d/b/a HELM HOME, a Utah Limited Liablilty Company
5253 S State Street, Murray, Utah 84107

MARIO FERREIRA
13609 N. Hillclimb Lane, Kamas Utah 84036, or
1670 Bonanza Drive, Suite 201, Park City, Utah

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vethan Law Firm P.C.
Charles Vethan
Two Memorial City Plaza
820 Gessner, Suite 1510
Houston, Texas 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: June 28, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:23-CV-01139-CJC-KES

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>MARIO FERRIEIRA</u> was received by me on *(date)* <u>Jul 6, 2023, 3:58 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: <u>Latest Update Your item was delivered to a parcel locker at 11:14 am on July 8, 2023 in PARK CITY, UT 84060. Tracking Number: 9405511899562216541018</u> ; or

My fees are $ <u>0.00</u> for travel and $ <u>0.00</u> for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 19 July 2023

*Server's signature*

JACQUELINE M. WILLIAMS PSC#05175/EXP.: 31 JULY 2024
*Printed name and title*

3800 TANGLEWILDE ST #809, HOUSTON, TX 77063
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 8, 2023, 6:14 pm CDT at 1670 BONANZA DR #201, PARK CITY, UT 84060-7205 received by MARIO FERRIEIRA.
Latest Update
Your item was delivered to a parcel locker at 11:14 am on July 8, 2023 in PARK CITY, UT 84060.
Tracking Number: 9405511899562216541018

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9405511899562216541018

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to a parcel locker at 11:14 am on July 8, 2023 in PARK CITY, UT 84060.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Parcel Locker**
PARK CITY, UT 84060
July 8, 2023, 11:14 am

See All Tracking History

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ︿

Track Another Package

Enter tracking or barcode numbers