CHARLES MR. R. VETHAN (SBN 300098)

VETHAN LAW FIRM, P.C.

820 Gessner Road, Suite 1510

Houston

Telephone: 714-267-1272

Email: cvethan@vethanlaw.com; edocs@vethanlaw.com

Attorney for Plaintiff

TREVOR J. LEE (SNB 301107)

HOGGAN LEE HUTCHINSON

1225 Deer Valley Drive, Suite 201

Park City, Utah 84060

(435) 615-2264

trevor@hlhparkcity.com

*Attorney for Defendant Mario Ferreira*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARCLAY BUTERA DEVELOPMENT, INC., BARCLAY BUTERA, INC., and BARCLAY BUTERA, individually<br><br>          Plaintiffs,<br><br>  v.<br><br>THE ANNEX, LLC. d/b/a HELM HOME and MARIO FERREIRA<br><br>          Defendants | Case No.: 8:23-cv-01139-CJC-KES<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Compliant Served: July 10, 2023**<br>**Current Response Date: July 31, 2023**<br>**New Response Date: August 7, 2023** |

**TO THE COURT AND ALL PARTIES IN INTEREST:**

COMES NOW Plaintiff Barclay Butera Development Inc., Barclay Butera, Inc., and Barclay Butera, individually (hereinafter "Plaintiffs") and Defendant Mario Ferreira (hereinafter "Defendant"), by and through their respective counsel of record hereby stipulate to extend the time for Defendant to respond to initial complaint from **July 31, 2023,** to **August 7, 2023**.

<u>Reasons For Extension.</u> Counsel for Defendant Mario Ferreria conferred with Plaintiffs' counsel to extend their time to respond to the initial Complaint and Plaintiffs agreed in respect of counsel's family emergency. The Parties hereby agree and stipulate to extend the time to extend Defendant Mario Ferreria's time to respond to Plaintiffs initial Complaint.

Now, therefore, **IT'S HEREBY STIPULATED**, by and between all the parties to this action as follows:

1. The deadline for Defendant Marrio Ferreria's response to the initial Complaint is now set to August 7, 2023.

**SO STIPULATED:**

**Dated: August 2, 2023,**

          **The Vethan Law Firm, PC**

          By: /s/ <u>Charles M.R. Vethan</u>
            Charles M.R. Vethan
            *Attorney for Plaintiff*
            *Barclay Butera Development Inc., Barclay Butera, Inc., and Barclay Butera*

**Dated: August 2, 2023**

        **Young Hoffman, LLC**

        By: /s/ <u>Richard A. Kaplan</u>
        Richard A. Kaplan (pro hac forthcoming)
        Trevor J. Lee
        ***Attorneys for Defendant Mario Ferreira***

CHARLES MR. R. VETHAN (SBN 300098)

VETHAN LAW FIRM, P.C.

820 Gessner Road, Suite 1510

Houston

Telephone: 714-267-1272

Email: cvethan@vethanlaw.com; edocs@vethanlaw.com

Attorney for Plaintiff

TREVOR J. LEE (SNB 301107)

HOGGAN LEE HUTCHINSON

1225 Deer Valley Drive, Suite 201

Park City, Utah 84060

(435) 615-2264

trevor@hlhparkcity.com

*Attorney for Defendant Mario Ferreira*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARCLAY BUTERA DEVELOPMENT, INC., BARCLAY BUTERA, INC., and BARCLAY BUTERA, individually<br><br>Plaintiffs,<br><br>v.<br><br>THE ANNEX, LLC. d/b/a HELM HOME and MARIO FERREIRA<br><br>Defendants | Case No.: 8:23-cv-01139-CJC-KES<br><br>**PROPOSED ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Compliant Served: July 10, 2023**<br>**Current Response Date: July 31, 2023**<br>**New Response Date: August 7, 2023** |

# ORDER

Based on the Joint Stipulation of the Parties, and good cause appearing there, **IT IS ORDERED** that Defendant's Deadline to Respond to Plaintiffs' Initial Complaint on July 31, 2023, be and hereby is extended to August 7, 2023.

IT IS SO ORDERED.

DATED: August 2, 2023

_____
**Judge Cormac J. Carney**