CHARLES MR. R. VETHAN (SBN 300098)

VETHAN LAW FIRM, P.C.

820 Gessner Road, Suite 1510

Houston

Telephone: 714-267-1272

Email: cvethan@vethanlaw.com; edocs@vethanlaw.com

Attorney for Plaintiff

TREVOR J. LEE (SNB 301107)

HOGGAN LEE HUTCHINSON

1225 Deer Valley Drive, Suite 201

Park City, Utah 84060

(435) 615-2264

trevor@hlhparkcity.com

*Attorney for Defendant Mario Ferreira*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALFORNIA

| | |
|---|---|
| BARCLAY BUTERA DEVELOPMENT, INC., BARCLAY BUTERA, INC., and BARCLAY BUTERA, individually<br><br>Plaintiffs,<br><br>v.<br><br>THE ANNEX, LLC. d/b/a HELM HOME and MARIO FERREIRA<br><br>Defendants | Case No.: 8:23-cv-01139-CJC-KES<br><br>**PROPOSED ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Compliant Served: July 10, 2023<br>Current Response Date: July 31, 2023<br>New Response Date: August 7, 2023** |

# ORDER

Based on the Joint Stipulation of the Parties, and good cause appearing there, **IT IS ORDERED** that Defendant's Deadline to Respond to Plaintiffs' Initial Complaint on July 31, 2023, be and hereby is extended to August 7, 2023.

IT IS SO ORDERED.

DATED: August 2, 2023

_____
**Judge Cormac J. Carney**