David W. Tufts, Bar No. 180817
Dentons Durham Jones Pinegar, P.C.
111 So. Main St., Suite 2400
Salt Lake City, Utah 84111
Tel: (801) 415-3000
david.tufts@dentons.com

Attorneys for Defendant
THE ANNEX, LLC d/b/a HELM HOME

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARCLAY BUTERA DEVELOPMENT, INC., BARCLAY BUTERA, INC., and BARCLAY BUTERA, individually<br><br>Plaintiffs,<br><br>v.<br><br>THE ANNEX, LLC d/b/a HELM HOME and MARIO FERREIRA,<br><br>Defendants. | CASE NO. 8:23-cv-01139-CJC-KES<br><br>**DECLARATION OF CHRIS ROSS IN SUPPORT OF DEFENDANT THE ANNEX, LLC D/B/A HELM HOME'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

The undersigned, Chris Ross, being under oath states as follows:

1. I am over the age of eighteen. I make this declaration upon my own knowledge, information and belief, and if called upon to testify I could and would competently do so.

2. I am the owner of Defendant The Annex, LLC d/b/a Helm Home ("Helm Home").

3. Helm Home is a local Utah based luxury furniture business.

4. In conjunction with selling luxury furniture, Helm Home provides design services to its clients.

5. Helm Home works primarily with and directs its business towards Utah based customers.

6. However, on rare occasions, Helm Home has worked with Utah based customers to furnish secondary homes outside of the state.

7. Helm Home does not have any members, bank accounts, or property in California.

8. Helm Home does not have employees, properties, or business operations in California.

9. Beginning in or around the spring of 2020, Helm Home worked with Defendant Mario Ferreria ("Ferreria").

10. To my knowledge and understanding, Ferreria is a Utah resident, and an employee of Barclay.

11. I met with Ferreria on various occasions either in Ferreria's Park City, Utah office or via telephone.

12. Ferreria informed me that he was in charge and responsible for the business operations of Barclay's Park City, Utah operations, including Barclay's interior design and furniture contracts.

13. Ferreria approached Helm Home, on behalf of Barclay, with a proposed business relationship between Helm Home and Barclay.

14. Ferreria explained that Barclay had been contacted by various homeowners in Park City, Utah who wanted Barclay to stage and furnish their homes as part of the homeowners' efforts to sell their properties. Ferreria further explained that, due to the COVID-19 pandemic, Barclay did not have sufficient furniture in its showroom or warehouse to stage its customers' homes in Park City. As a result, Ferreria requested that Helm Home put bids together for Barclay's clients with estimates for how much it would cost Helm Home to stage/furnish the homes with Helm Home's showroom furniture.

15. Pursuant to Ferreria's request, Helm Home agreed to prepare bids, but Helm Home never dealt directly with any of Barclay's clients (the Park City homeowners) during this process—Ferreira dealt with them exclusively.

16. Ferreria would send me pictures of the homes that needed to be staged, I would prepare a staging bid and send it to Ferreira, and Ferreira would present the bid to the homeowner. If the homeowners accepted the bid, they would remit payment directly to Ferreria and Ferreira would transfer the payment to Helm Home.[1] Helm Home would then proceed to stage the home with Helm's showroom furniture.

17. Helm Home had no further involvement.

18. Throughout the course the business dealings, Helm Home assisted in staging/furnishing nine homes, all of which were in Utah—eight being in Park City, and one being in Salt Lake City, Utah.

19. Neither Helm Home, nor I, dealt with any individuals from Barclay except for Ferreria.

---

[1] There was one instance where Ferrara instructed the homeowner to remit payment directly to Helm Home.

20. Every interactions with Ferreria was within the State of Utah, either in Ferreria's Park City office or via telephone and email.

21. Helm Home only provided services with respect to homes located in Utah.

22. Helm Home never entered into any agreements with Barclay, and only provided "Staging Bids" with respect to the homes for which Ferreria requested Helm Home provide bids.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 14, 2023 at Salt Lake City, Utah.

By _____

Chris Ross

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury as follows: I am employed in the office of a member of the Bar of this Court at whose direction the service was made. My business address is Dentons Durham Jones Pinegar, P.C., 111 S. Main St., Suite 2400, Salt Lake City, Utah 84111.

On August 14, 2023, I electronically filed the foregoing document with the Clerk of the Court the Clerk of the Court using its CM/ECF System, which electronically provides notification of such filing to all counsel of record in this action.

Executed in Salt Lake City, Utah on August 14, 2023.

/s/ *Kristin Hughes*
Kristin Hughes