VETHAN LAW FIRM, P.C.
Charles M.R. Vethan
California Bar No. 300098
Email: cvethan@vethanlaw.com
820 Gessner Road, Suite 1510
Houston, Texas 77024
Telephone: (713) 526-2222
Facsimile: (713) 526-2230
Service email: edocs@vethanlaw.com

**Attorney for Plaintiffs**

Trevor J. Lee (Bar No. 301107)
Email: trevor@hlhparkcity.com
**HOGGAN LEE HUTCHINSON**
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
Salt Lake City, UT 84111
Telephone: (435) 615-2264

Richard A. Kaplan (Pro Hac Vice Forthcoming)
Email: rkaplan@yahlaw.com
**YOUNG HOFFMAN, LLC**
175 South Main Street, Suite 850
Salt Lake City, UT 84101
Telephone: 801-359-1900

**Attorneys for Defendant Mario Ferreira**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BARCLAY BUTERA DEVELOPMENT, INC., BARCLAY BUTERA, INC., and** | § § § § | Civil Action No. 8:23-cv-01139-CJC-KES |

**AGREED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DIMISS**

Page 1 of 5

| | |
|---|---|
| BARCLAY BUTERA, individually,<br>Plaintiff,<br><br>vs.<br><br>THE ANNEX, LLC. d/b/a HELM HOME and MARIO FERREIRA,<br><br>Defendants | §<br>§<br>§ AGREED ORDER TO<br>§ EXTEND DEADLINE TO<br>§ RESPOND TO DEFENDANT<br>§ MARIO FERRERIA'S<br>§ MOTION TO DISMISS<br>§ PURSUANT TO FRCP<br>§ RULE 12(b)(6), AND HIS<br>§ ALTERNATIVE MOTION<br>§ TO TRANSFER VENUE<br>§ PURSUANT TO 28 U.S.C §<br>§ 1404<br>§<br>§<br>§ Hearing Date: September 11, 2023<br>§ Hearing Time: 1:30 PM<br>§ Judge: Honorable Cormac J. Carney<br>§<br>§<br>§ |

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Barclay Butera Development, Inc., Barclay Butera, Inc., And Barclay Butera (collectively "Plaintiffs"), and Defendant Mario Ferreria file this Agreed Motion asking the Court to extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss Plaintiffs' Complaint and His Alternative Motion to Transfer Vene Pursuant to 28 U.S.C § 1404 (Doc 21). The parties seek a one-week extension.

## I.   INTRODUCTION

1. Plaintiff Barclay Butera, owner of interior design firm Barclay Butera, Inc. (BBI), based in California, alleges trademark infringement, false advertising, and unfair competition under Lanham Act §43(a), as well as breach of fiduciary duty, conversion, and fraud. These actions contravene Federal Trademark laws (15 U.S.C. §1125(a)), infringing trademark rights and damaging Butera's, BBD's, and BBI's business interests.

2. Defendant Mario Ferreira ("Ferreira") filed a Motion to Dismiss Plaintiffs'

Complaint and his Alternative Motion to Transfer Venue Pursuant to 28 U.S.C §1404 on August 7, 2023. (Doc. 21).

3. The deadline for Plaintiffs to respond to Defendant Ferreira's Motion to Dismiss is Monday, August 21, 2023. Central District L.R. 7-9.

4. Defendant The Annex, LLC d/b/a Helm Home ("Helm Home") filed a Motion to Dismiss for Lack of Personal Jurisdiction on August 14, 2023. (Doc. 23).

5. The deadline for Plaintiffs to respond to Defendant Ferreira's Motion to Dismiss is Monday, August 28, 2023. Central District L.R. 7-9.

6. Plaintiffs and Defendant Ferreira have agreed that Plaintiffs may have until Monday, August 28, 2023, for Plaintiffs to file their response to Defendant's Motion to Dismiss and in the alternative Motion to Transfer Venue.

## II.    ARGUMENT

7. A court may grant an extension of time for good cause. Fed. R. Civ. P. 6(b)(1)(A). If done prior to the expiration of the time limit at issue, a court may extend the period for any reason, upon a party's motion or even on its own initiative. *Id*.

8. Good cause exists for the extension. Defendant Mario Ferreria and Defendant The Annex, LLC d/b/a Helm Home have separately filed Motions to Dismiss on different days with the Court, resulting in two different response deadlines. Plaintiff aims to consolidate their responses into one by extending their response deadline for Defendant Ferreira's Motion to Dismiss to August 28, 2023, the response deadline to Defendant Helm's Motion to Dismiss. This extension streamlines the proceedings, promoting judicial efficiency and ensuring a comprehensive and coherent response to both motions. This, in turn, serves the interests of all parties involved and facilitates a more organized legal process.

9. Therefore, Plaintiffs and Defendant ask the Court to extend the deadline to

respond to the Motion to Dismiss and in the alternative Motion to Transfer Venue for a period of seven days, until August 28, 2023.

10. Plaintiffs' and Defendant's request to extend is made for good cause and is not intended to delay these proceedings.

### III.  CONCLUSION

11. For these reasons, Plaintiffs and Defendant Ferreira ask the Court to extend the deadline to response to Defendant Ferreira's Motion to Dismiss (Doc. 21) for a period of seven days, until August 28, 2023.

| | |
|---|---|
| **VETHAN LAW FIRM, P.C.** | Respectfully submitted,<br>**YOUNG HOFFMAN, LLC** |
| By: /s/ *Charles Vethan* | By: /s/ *Richard [illegible]* |

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct of copy of this instrument was served on all parties, represented through counsel or *pro se*, through ECF, email and/or Certified Mail, pursuant to the Federal Rules of Civil Procedure, on this 21st day of August 2023, as follows:

Trevor J. Lee (Bar No. 301107)
Email: trevor@hlhparkcity.com
**HOGGAN LEE HUTCHINSON**
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
Salt Lake City, UT 84111
Telephone: (435) 615-2264

Richard A. Kaplan (Pro Hac Vice Forthcoming)
Email: rkaplan@yahlaw.com
**YOUNG HOFFMAN, LLC**
175 South Main Street, Suite 850
Salt Lake City, UT 84101
Telephone: 801-359-1900

*Counsel for Defendant Mario Ferreira*

By: /s/ *Charles Vethan*
       Charles M.R. Vethan