**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BARCLAY BUTERA DEVELOPMENT, INC.,** | § § | Civil Action No. 8:23-cv-01139-CJC-KES |
| **BARCLAY BUTERA, INC., and** | § § | |

|  |  |
|---|---|
| BARCLAY BUTERA, individually,<br>Plaintiff,<br><br>vs.<br><br>THE ANNEX, LLC. d/b/a HELM HOME and MARIO FERREIRA,<br><br>Defendants | § § § § § § § § § § § § § § § § § § § § § § | ORDER GRANTING AGREED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT MARIO FERRERIA'S MOTION TO DISMISS PURSUANT TO FRCP RULE 12(b)(6), AND HIS ALTERNATIVE MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C § 1404 [25]<br><br>Hearing Date: September 18, 2023<br>Hearing Time: 1:30 PM<br>Judge: Honorable Cormac J. Carney |

## ORDER

After considering the Parties' Agreed Motion to Extend Time to Respond to Defendant Mario Ferreira's Motion to Dismiss and his Alternative Motion to Transfer Venue (Doc. 21) from Monday August 21, 2023, to Monday, August 28, 2023, the Court:

FINDS that there is good cause to extend time to Monday August 28, 2023, for Plaintiffs to file responses to Defendant Mario Ferreira's Motion to Dismiss and his Alternative Motion to Transfer Venue. Therefore, the Court GRANTS the motion to extend the time to respond to Monday August 28, 2023. The Court ORDERS any reply shall be filed by September 5, 2023, and the hearing is CONTINUED to Monday, September 18, 2023. at 1:30 p.m.

SIGNED AND ENTERED this 22nd day of August 2023.

THE HONORABLE CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE

AGREED:

| **VETHAN LAW FIRM, P.C.** | **YOUNG HOFFMAN, LLC** |
|---|---|
| By: Charles Vethan | By: Richard Kaplan |