UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 23-01139-CJC (KESx)            Date: August 24, 2023

Title: <u>BARCLAY BUTERA DEVELOPMENT INC. ET AL V. THE ANNEX, LLC ET AL</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>            <u>N/A</u>
Deputy Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER CONTINUING HEARING [21] [23]**

     Before the Court are two motions to dismiss: Mario Ferreira's motion to dismiss for lack of personal jurisdiction (Dkt. 21), which is set for hearing on September 18, 2023, and The Annex, LLC's motion to dismiss for lack of personal jurisdiction (Dkt. 23), which is set for hearing on September 11, 2023 at 1:30 p.m. In the interest of judicial economy, the motions are best heard together. Accordingly, the hearing on The Annex, LLC's motion is **CONTINUED** to **September 18, 2023 at 1:30 p.m.**

rdf

MINUTES FORM 11
CIVIL-GEN            Initials of Deputy Clerk RRP